*June 12, 1931.*

WOODMAN STATE BANK, Appellant, vs. MINK and another, Respondents.

For the appellant: *J. Evans Barnett* of Boscobel and *Richmond, Jackman, Wilkie & Toebaas* of Madison.

For the respondents: *Harry E. Carthew* of Lancaster.

*By the Court.*—Judgment affirmed.

COUEY, Respondent, vs. WALECKA and another, Appellants.

For the appellants: *Nash & Nash* of Manitowoc.

For the respondent: *Hougen & Brady* of Manitowoc.

*By the Court.*—Judgment affirmed.

ANDERSEN, Respondent, vs. BECK, Appellant.

For the appellant: *Bundy, Beach & Holland* of Eau Claire.

For the respondent: *Varnum & Varnum* of Hudson and *Edwin C. Brown* of Minneapolis, Minnesota.

*By the Court.*—Judgment affirmed.